**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Shane McNAUGHT,**
**Defendant–Appellant.**

**No. 05–10651**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 5, 2005.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

Louis R. Hardin, Office of Louis R. Hardin, Jacksonville, FL, for Defendant–Appellant.

Before BLACK, HULL and WILSON, Circuit Judges.

PER CURIAM.

Louis R. Hardin, appointed counsel for Michael Shane McNaught in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McNaught's conviction and sentence are **AFFIRMED**.